USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-19

LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

November 30, 2019

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Rashaun McKay
Docket No.: 18-Cr. 339 (PAC)

Dear Judge Crotty:

Rashaun McKay's sentencing is currently scheduled for December 17, 2019. I respectfully request a one-month adjournment of the sentence. The Government (by AUSAs Robert Sobelman and Nicholas Chiuchiolo) consents to Mr. McKay's adjournment request.

Respectfully,

/s/ Stephen Turano
Stephen Turano

cc: All Counsel of Record for the Government

*[Handwritten endorsement: 12/2/2019 — Sentencing is adjourned to January 22, 2020 at 4:30 PM. So ordered. Paul A. Crotty, US DJ]*