

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jamal Simon*, 18 Cr. 339 (PAC)

Dear Judge Crotty:

    The Government understands that defendant Jamal Simon wishes to forgo the *Fatico* hearing that the Court had scheduled for January 30, 2020, at 10:30 a.m., and proceed directly to sentencing at that time. The parties have entered into, and submit to the Court in advance of sentencing, the attached stipulation.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: ___s/_____
    Nicholas W. Chiuchiolo
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1247/2616

Cc: Albert Dayan, Esq. (by ECF)