Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

__Southern__ District of __New York__

Caption:

__Jamal Simon__ v.

__United States of America__

Docket No.: __18-cr-339-01__
__Hon. Paul A. Crotty__
(District Court Judge)

Notice is hereby given that __Jamal Simon__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____
(specify)
entered in this action on __01/30/20__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: __01/30/20__   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

RECEIVED FEB 12 2020 S.D.N.Y. - APPEALS

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

Defendant's Counsel:  Albert Y. Dayan
Counsel's Address:  80-02 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415
Counsel's Phone:  (718) 268-9400

Assistant U.S. Attorney:  Nicholas W. Chiuchiolo
AUSA's Address:  One Saint Andrews Plaza
New York, New York 10007
AUSA's Phone:  (212) 637-1247

_____
Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401254498
Cashier ID: Swooten
Transaction Date: 02/13/2020
Payer Name: DAYAN LAW FIRM PLLC

NOTICE OF APPEAL/DOCKETING FEE
 For: JAMAL SIMON
 Amount:         $505.00

CHECK
 Check/Money Order Num: 084
 Amt Tendered:    $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

18CR000339
```



