UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                    - v. -

JAMAL SIMON

                    Defendant.
------------------------------------------------------------X

ORDER

18-CR-339-1 (PAC)

IT IS HEREBY ORDERED:

Daniel Parker is appointed to represent Jamal Simon as CJA counsel for the purpose of filing a motion, *Nunc Pro Tunc* March 23, 2022.

DATE: March 23, 2022

*Paul A. Crotty*
_____
PAUL A. CROTTY
United States District Judge