**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 15, 2022

**By ECF and email**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Jamal Simon</u>
18 Cr 339 (PAC)

Dear Judge Crotty:

    I write to request that the Court set a motion schedule with regard to the defendant's compassionate release motion. I have conferred with AUSA Nicholas Chiuchiolo and the Government consents to the following proposed schedule:

    Defense motions by May 20, 2022
    Government response by June 3, 2022
    Reply, if any, by June 10, 2022

*[Handwritten notation: 4/18/22 So ordered. Paul A Crotty USDJ]*

    If the foregoing is acceptable to the Court, then I respectfully request that Your Honor "So Order" this letter.

    Thank you for your consideration in this matter and best wishes to you and your staff for the holiday weekend.

Respectfully,

*[signature]*

Daniel S. Parker

Cc; all parties (By ECF)
    AUSA Chiuchiolo (by email)