**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

January 17, 2024

*[Handwritten: 1/23/24 The request is granted. So ordered. Paul Crotty USDJ]*

**By ECF and email**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Jamal Simon**
    **18 Cr 339 (PAC)**

Dear Judge Crotty:

I write requesting that the Court re-appoint me pursuant to the Criminal Justice Act to evaluate whether Mr. Simon is eligible to be re-sentenced pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 under Amendment 821 to the Sentencing Guidelines, made retroactive by the Sentencing Commission; and if so, to re-appoint me to file any such motion.

In addition, I respectfully request that the Court order an updated Pre-Sentence Report (PSR) with respect to Mr. Simon and set a disclosure date.

If the foregoing requests meet with the Court's approval, then I ask that you "So Order" this letter.

Thank you for your consideration in this matter and best wishes to you and your staff for the New Year.

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Cell: 917-670-7622

Cc: all parties (by ECF)