UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -v- JAMAL SIMON, Defendant. | : | 18-CR-339-1 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

In a proceeding held on the record earlier today, the Court remanded Defendant Jamal Simon. Attached as Court Exhibit 1 is the document that defense counsel submitted to the Court during the proceeding held earlier today. Attached as Court Exhibit 2 is a document that Defendant previously submitted to the Probation Department. And attached as Court Exhibits 3 and 4 are documents that the Probation Department provided the Court based on Google searches of the alleged decedent's name. Using Google, the Court found the following webpages that appear to be the source of Court Exhibits 3 and 4:

https://www.torregrossafuneralhome.com/obituaries/Ethel-Walcott?obId=46823345

https://www.facebook.com/daniel.lilly.775/posts/it-is-with-profound-sadness-that-we-announce-the-passing-of-ethel-simon-walcott-/4085776121735334/

Finally, the following is a link to the YouTube video that the Court referenced during the proceeding: https://youtu.be/-dLdryYiwwE?si=f8QCadEioiTEzDrl.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

Court Exhibit 1



# FOREVER IN OUR *Hearts*

**She leaves to mourn her:**

**Children:** Joycelyn Fedee, Claudette Kebe, Gregory Simon, Jennifer Sobers, Shelly Simon-Andries, Charles Walcott, Sandra Walcott, Lydia Snagg and the late Rudolph, Louie and Ian.

**Step Children:** Clyde, Patsy, Pamela, June, Donna, Denise, Neil, & Carol

**Grandchildren:** Vanessa Cole, Suzanne Smith Papertsian, Eusi Ward, Jermaine Andries, Michael Walcott, Kerwin Simon Braille, Asqualm Sobers, Janelle Walcott, Cassandra Walcott-Plummer, Jillian Walcott, Jason Simon, Christopher Simon, Jelani Mars, Jamal Simon, Ian Walcott, Shanice Snagg-McCrae, Shereese Snagg, Nia Simon, Shaina-Ann Snagg and the late Thomas Kebe.
Step Grandchildren: Gabriel and Tanisha Adams

**Great Grandchildren:** Daequan, Victoria, Shamar, Delano, Tatiana, Nysiek, Destiny, Ashley, Delano Jr., Shane, Amani, London, Taniyah, Josiah, Janiyah, Khasmir, Milani, Michaela, Merry Aal, Massiah, Jayceon, Soriyah and great great grandson Noah.

**Mother-in-Law of:** Shirley Smith, Ashton Andries, Wrenford Snagg, Rosa Walcott and the late Thomas Kebe and Ronald Sobers.

**Nieces and Nephews:** Cyril Rodney, Bernadette Bristol, Edward Rodney, Lydia Sandy, Marguerite DeSouza, Patrick Rodney, Elizabeth Lewis, Beverly Charles, Elizabeth Russel, Michael Simon, Desiree Simon, Lydia Nado, Sandra Simon, Debra Simon, Joycelyn McKoy, Donna Jacobs, Debra Scott, Errol Jacobs, Claudette Jacobs, Kim Jacobs, Otis Jacobs, Michelle Jacobs and Donette Jacobs.

**Family of:** Hill, Forde, Filly, Perriera, Reese, Persaud, George, Thoms, Bombryand numerous more.

**Extended Family:** Brenda Sam, Brenton Ward, Cleo Mapp, Coleen Bush, Everette and Theo Jones, Jennifer Samuels, Denise Thomas, Natasha Ward, Tiffany Jones and numerous more.

**Friend of:** Ms. Pinky Walcott (Dressmaker), Joan Grant, Abigail Tamer, Lenora Davis-James and her EZDay Adult Daycare Family.



# *Poem*

IF ROSES GROW IN HEAVEN,
LORD,
PLEASE PICK A BUNCH FOR ME
PLACE THEM IN MY MOTHER'S ARMS
AND TELL HER THEY'RE FROM ME.
TELL HER THAT I LOVE AND MISS HER,
AND WHEN SHE TURNS TO SMILE,
PLACE A KISS UPON HER CHEEK
AND HOLD HER FOR A WHILE.
BECAUSE REMEMBERING HER IS EASY,
I DO IT EVERY DAY,
BUT THERE IS AN ACHE WITHIN MY HEART
THAT WILL NEVER GO AWAY.

# *Acknowledgement*

**The Family of Ethel Walcott-Ward extends our deepest gratitude for the outpouring of love, support and kindness shown to us during this difficult time. Although our hearts are heavy, we find comfort in knowing how deeply she was loved.
God Bless you all.**

# ORDER OF *Service*



**PROCESSION**
Archbishop Dr. Floyd Rose

**Prelude Hymn**
Blessed Assurance

**Opening Prayer**
Archbishop Dr. Floyd Rose

**Scripture Reading**
Ecclesiastes 3:1-8 – Colleen Bush
Psalms 139 – Abigail Tanner

**Hymn**
What A Friend We Have In Jesus

**Scripture Reading**
John 14:1-6 – Lenny Charles
2 Corinthians 5:1-5 – Shane Bellony

**Prayer For the Family**
**Song** – George W. Kitts
**Poem**
Sherene Saggs
Jaiiyah Lalorre
**Tributes**
Jason Simon
Leonora Davis-James
**Obituary**
Vanessa Kebe-Cole
**Eulogy**
Archbishop Dr. Floyd Rose
**Hymn**
When We All Get To Heaven

**Benediction**
Archbishop Dr. Floyd Rose

**Hymn**
How Great Thou Art

**FINAL VIEWING**

# *Celebrating The Life and Legacy*

Those who touch our lives stay in our hearts forever.

Our beloved matriarch, Ethel Simon Walcott-Ward, was born on September 13th, 1929, in Buxton Front, Buxton, Guyana, South America. She was the fourth child of the late Festus and Rebecca Simon. Ethel later moved to Nabadis Village on the East Coast of Demerara, where she continued to build her life and legacy.

She was called home on September 17, 2026, at the extraordinary age of 97 years, a true blessing. Ethel Walcott was the wife of the late Derrick Ward and the cherished sister of the late Frank Simon, Rupert Simon, Mavis Rodney, and Doreen Jacob.

Ethel received her early education at Anglican Primary School in Buxton Village. After completing school, she went on to work as a nanny in Georgetown. Upon moving to Nabadis Village, she discovered a love for entrepreneurship, selling home-cooked food, shaved ice, and offering launderette services to her community.

In 1969, Ethel migrated to the United States, where she worked as a housekeeper while attending beauty school. She proudly earned her cosmetology license and went on to become a hairdresser. Leaving the hairdresser industry, she went on to become a Home Health Aide. With her entrepreneurial spirit, she later opened her own daycare, lovingly caring for and nurturing children.

During her years in the United States, Ethel was a devoted member of St. Augustine Church and later faithfully attended St. Gabriel's Spiritual Church for many years. She loved reading her Bible and singing her hymns, finding comfort and strength in her faith.

Ethel was truly a woman of style and confidence. If you knew her, you knew she loved her bright-colored nails, her pinned curls, and her beautifully coordinated outfits. She enjoyed going out and dancing the night away, always making sure she showed up—and showed out—on every occasion. She was confident, well-poised, and unapologetically herself. As she often said, "When I was in Guyana, I dressed—and when I came to America, I dressed more!"

In her later years, Ethel delighted in sharing stories of her past with her grandchildren, enlightening them about her life experiences—like how the train was stopped by the people of Buxton, and how she sold food in her younger days—among many other cherished memories.

Our Matriarch was deeply loved by family and friends, near and far. Her legacy of strength, faith, style, and love will live on in all of us. She will be dearly missed but never forgotten.

September 21, 2026

**The Honorable United States District Judge**
United States District Court

**Re: Request for a Two-Week Extension of Surrender Date**

Your Honor:

I respectfully request a two-week extension of my currently scheduled surrender date. I understand that I previously agreed to surrender within the next two weeks, and I fully recognize and respect that obligation.

During this period, my grandmother, Ethel Simon Walcott-Ward, unexpectedly passed away on September 17, 2026. She was much more than a grandmother to me; she was a parent figure in my life. Her passing has placed my family and me in an extremely difficult and emotional situation. Her funeral is scheduled for October 9, 2026, at St. Gabriel's Church.

I am now faced with the painful reality of choosing between being present with my family to say goodbye to someone who played such an important role in raising and shaping me, and preserving the limited time I may have available so that I can be present for my daughter's graduation in June. As a parent, both moments carry a significance that is difficult for me to put into words.

I am not asking the Court to excuse my responsibilities or disregard the agreement that was made. I ask only, with the utmost respect, that the Court consider granting me an additional two weeks beyond my currently scheduled surrender date so that I may be present with my family during this unexpected hardship.

I understand the seriousness of my circumstances and remain committed to complying with every requirement of the Court. I sincerely ask for the Court's compassion and consideration during this difficult time for my family.

Thank you for taking the time to consider my request.
Respectfully submitted,

**Jamal Simon**

Attachment A: Memorial program (5 pages)


IN LOVING
Memory
Ethel
WALCOTT~WARD
SEPTEMBER 13, 1929 - SEPTEMBER 17, 2026
FRIDAY
OCTOBER 9, 2026
3:00 PM
VIEWING 5:00PM
ST. GABRIEL'S
CHURCH

# ORDER OF *Service*



**PROCESSION**
Archbishop Dr. Floyd Rose

**Prelude Hymn**
Blessed Assurance

**Opening Prayer**
Archbishop Dr. Floyd Rose

**Scripture Reading**
Ecclesiastes 3:1-9~ Coleen Bush
Psalms 139~ Abigail Tanner

**Hymn**
What A Friend We Have In Jesus

**Scripture Reading**
John 14:1-6 ~Lenny Charles
2 Corinthians 5:1-5 ~Shane Bellony

**Prayer For the Family**
**Song**~ George St. Kitts
**Poem**
Sheresse Snagg
Janiyah Laforce
**Tributes**
Jason Simon
Leonora Davis-James
**Obituary**
Vanessa Kebe-Cole
**Eulogy**
Archbishop Dr. Floyd Rose
**Hymn**
When We All Get To Heaven

**Benediction**
Archbishop Dr. Floyd Rose

**Hymn**
How Great Thou Art

**FINAL VIEWING**

# FOREVER IN OUR *Hearts*

**She leaves to mourn her:**

**Children:** Joycelyn Fedee, Claudette Kebe, Gregory Simon, Jennifer Sobers, Shelly Simon-Andries, Charles Walcott, Sandra Walcott, Lydia Snagg and the late Rudolph, Louie and Ian.

**Step Children:** Clyde, Patsy, Pamela, June, Donna, Denise, Neil, & Carol.

**Grandchildren:** Vanessa Cole, Suanne Smith Papertsian, Eusi Ward, Jermaine Andries, Michael Walcott, Kerwin Simon Boodie, Acquaba Sobers, Janelle Walcott, Cassandra Walcott-Plummer, Jillian Walcott, Jason Simon, Christopher Simon, Jelani Mars, Jamal Simon, Ian Walcott, Shanice Snagg-McCrae, Shereese Snagg, Nia Simon, Shaina-Ann Snagg and the late Thomas Kebe.
Step Grandchildren: Gabriel and Tanisha Adams

**Great Grandchildren:** Daequan, Victoria, Shamar, Delano, Tatiana, Nysiek, Destiny, Ashley, Delano Jr., Shane, Amari, Londen, Taniyah, Jasiah, Janiyah, Khasmir, Milani, Michaela, Mercy, Axl, Massiah, Jayceon, Soriyah and great great grandson Noah.

**Mother-in-Law of:** Shirley Smith, Ashton Andries, Wrenford Snagg, Rosa Walcott and the late Thomas Kebe and Ronald Sobers.

**Nieces and Nephews:** Cyril Rodney, Bernadette Bristol, Edward Rodney, Lydia Sandy, Margueite DeSouza, Patrick Rodney, Elizabeth Lewis, Beverly Charles, Elizabeth Russel, Michael Simon, Desiree Simon, Lydia Nado, Sandra Simon, Debra Simon, Joycelyn McKoy, Donna Jacobs, Debra Scott, Errol Jacobs, Claudette Jacobs, Kim Jacobs, Otis Jacobs, Michelle Jacobs and Donette Jacobs.

**Family of:** Ifill, Forde, Fiffy, Perriera, Reese, Persaud, George, Thoms, Bombryand numerous more.

**Extended Family:** Brenda Sam, Brenton Ward, Cleo Mapp, Coleen Bush, Everette and Theo Jones, Jennifer Samuels, Denise Thomas, Natasha Ward, Tiffany Jones and numerous more.

**Friend of:** Ms. Pinky Walcott (Dressmaker), Joan Grant, Abigail Tanner, Lenora Davis-James and her EZDay Adult Daycare Family.

# *Celebrating The Life and Legacy*

Those who touch our lives stay in our hearts forever.

Our beloved matriarch, Ethel Simon Walcott-Ward, was born on September 13th, 1929, in Buxton Front, Buxton, Guyana, South America. She was the fourth child of the late Festus and Rebecca Simon. Ethel later moved to Nabadis Village on the East Coast of Demerara, where she continued to build her life and legacy.

She was called home on September 17, 2026, at the extraordinary age of 97 years, a true blessing. Ethel Walcott was the wife of the late Derrick Ward and the cherished sister of the late Frank Simon, Rupert Simon, Mavis Rodney, and Doreen Jacob.

Ethel received her early education at Anglican Primary School in Buxton Village. After completing school, she went on to work as a nanny in Georgetown. Upon moving to Nabadis Village, she discovered a love for entrepreneurship, selling home-cooked food, shaved ice, and offering launderette services to her community.

In 1969, Ethel migrated to the United States, where she worked as a housekeeper while attending beauty school. She proudly earned her cosmetology license and went on to become a hairdresser. Leaving the hairdresser industry, she went on to become a Home Health Aide. With her entrepreneurial spirit, she later opened her own daycare, lovingly caring for and nurturing children.

During her years in the United States, Ethel was a devoted member of St. Augustine Church and later faithfully attended St. Gabriel's Spiritual Church for many years. She loved reading her Bible and singing her hymns, finding comfort and strength in her faith.

Ethel was truly a woman of style and confidence. If you knew her, you knew she loved her bright-colored nails, her pinned curls, and her beautifully coordinated outfits. She enjoyed going out and dancing the night away, always making sure she showed up—and showed out—on every occasion. She was confident, well-poised, and unapologetically herself. As she often said, "When I was in Guyana, I dressed—and when I came to America, I dressed more!"

In her later years, Ethel delighted in sharing stories of her past with her grandchildren, enlightening them about her life experiences—like how the train was stopped by the people of Buxton, and how she sold food in her younger days—among many other cherished memories.

Our Matriarch was deeply loved by family and friends, near and far. Her legacy of strength, faith, style, and love will live on in all of us. She will be dearly missed but never forgotten.



# Poem

IF ROSES GROW IN HEAVEN,
LORD,
PLEASE PICK A BUNCH FOR ME.
PLACE THEM IN MY MOTHER'S ARMS
AND TELL HER THEY'RE FROM ME.
TELL HER THAT I LOVE AND MISS HER,
AND WHEN SHE TURNS TO SMILE,
PLACE A KISS UPON HER CHEEK
AND HOLD HER FOR A WHILE.
BECAUSE REMEMBERING HER IS EASY,
I DO IT EVERY DAY.
BUT THERE IS AN ACHE WITHIN MY HEART
THAT WILL NEVER GO AWAY.

# Acknowledgement

**The Family of Ethel Walcott~Ward extends our deepest gratitude for the outpouring of love, support and kindness shown to us during this difficult time. Although our hearts are heavy, we find comfort in knowing how deeply she was loved.**

**God Bless you all.**



Brought to you by Andrew Torregrossa Funeral Homes in Brooklyn NY

# Ethel Walcott

Brooklyn, New York

September 13, 1929 - December 24, 2025

Be the first to offer your condolence on Ethel's Tribute Wall

Share a Memory

**Obituary & Events** **Tribute Wall**

**Share a Memory** Plant a Tree

## Events

### First Visitation

Sunday, January 11, 2026
12:00 pm - 2:00 pm

Andrew Torregrossa & Sons
2265 Flatbush Avenue Brooklyn, NY 11234

### Service

Sunday, January 11, 2026
2:00 pm - 4:00 pm

Andrew Torregrossa & Sons
2265 Flatbush Avenue Brooklyn, NY 11234

### Second Visitation

Sunday, January 11, 2026
4:00 pm - 5:00 pm

Andrew Torregrossa & Sons
2265 Flatbush Avenue Brooklyn, NY 11234

### Final Resting Place

Canarsie Cemetery
1370 Remsen Ave BROOKLYN, NY 11236

View Map Text Email

## Tribute Wall

Share a Memory

**Plant a tree in memory of Ethel Walcott**

An environmentally friendly option

Plant a Tree

**A Memorial Tree was planted for Ethel Walcott**

We are deeply sorry for your loss ~ Andrew Torregrossa & Sons 2265 Flatbush Avenue



Join in honoring their life — plant a memorial tree

**Share Obituary:**


© 2017-2026 Tribute Archive. All rights reserved.
**Cookie Preferences**
Manage your preferences anytime in your cookie settings

Plant a Tree

facebook Log In

**Ray Ray Lilly**
January 10 ·

It is with profound sadness that we announce the passing of Ethel Simon Walcott-Ward of the USA and formerly of Buxton Village, East Coast Demerara, Guyana who died in the USA
Sunrise:13" September, 1929 Sunset:24" December, 2025

Age:96

She was the:Daughter of the late Festus and Rebecca Simon formerly of Buxton, E.C.D Guyana.

Wife of the late Derrick Ward of the USA, formally of Nabaclis, E.C.D, Guyana.

Mother of Joycelyn Fedee, Claudette Kebe, Gregory Simon, Jennifer Sobers, Shelly Simon, Charles Walcott, Sandra Walcott, Lydia Snagg- all of the USA and the late Rudolph, Louie and lan.

Foster mother of Clyde, Patsy, Pamela, June, Donna, Denise, Neil & Carol

Grandmother of: Vanessa Cole, Suanne Smith Papertsian, Eusi Ward Jermaine Andries, Michael Walcott, Kerwin Simon Boodie, Acquaba Sobers Janelle Walcott, Cassandra Walcott-Plummer, Jillian Walcott, Jason Simon, Christoper Simon, Jelanie Mars, Jamal Simon, lan Walcott, Shanice Snagg-McCrae, Shereese Snagg, Nia Simon, Shina-Ann Snagg and the late Thomas Kebe.

Sister of: the late Frank Simon, Mavis Rodney, Rupert Simon and Doreen Jacobs.
Aunt of: Cyril Rodney, Bernadette Bristol, Edward Rodney, Lydia Sandy, Margueite DeSouza, Patrick Rodney, Elizabeth Lewis, BeverleyCharles Elizabeth Russel, M Simon, Desiree Simon, Lydia Nado, Sandra Simon,Jovcelvn McKoy, Donna Jacobs, Debra Scott, Errol Jacobs, Claudette Jacobs, Kim Jacobs, Otis Jacobs, Michelle Jacobs and Donette Jacobs

Daughter in Law of: the late George and Catherine Warc

Sister-in-Law of: the late Florence Ward, Hubert Ward, Una Ward, Edris Caynes, Shiela Ward, Oscar Ward and Berchaline Ward

Relative of the Ifill, Forde, Fiffy, Perriera, Reese, Persaud, George, Thomas, Bumbury, & others too numerous to mention.

The funeral service of the late Ethel Simon Walcott-Ward will take place in the USA on the 11 January, 2026 at Andrew Torregrosa Funeral Home, 2265 Flatbush Avenue Brooklyn, New York followed by burial on the 12" January, 2026 at Canarsie Cemetery, Brooklyn, New York

NB: A night of reflection will be held in Guyana on Saturday, 10" January, 2026 at Julius Place, Public Road Nabaclis, E.C.D from 7:00pm
May her soul rest in eternal peace.

facebook Log In




👍😢 131 60 comments 2 shares

Like Comment

Most relevant

**Beverly Cumberbatch**
Condolences to the entire family and friends at this time of bereavement 💔🙏😢 RIP my dear and rise in glory 😭

36w

**Claudette Simon**
My condolences onthelostoffyourmom rest in peace cuz

35w

facebook

Log In

**Sheron Douglas**
Continue to sip aunty
35w

**Colin Marshall**
My sincere condolences on the lost of your mom. Eternal Rest Ethel. 🙏📖🕊️
36w

**Shirley Seaforth**
My sympathy to her family and friends. May her soul rest in peace
36w

**Roach Chiney**
Condolences to her entire family 🙏
36w

**Allison Patricia**
SIP. Condolences to everyone affected by this loss..
36w

**Errol Jacobs**
RIP Aunt Ethel
36w

**Debra Maison-Williams**
My sincere condolences to the entire family. Rest in peace cousin Ethel.
36w 1 👍

**Carol Bathersfield-Hope**
May her Soul Rest in Eternal Peace and Rise in Glory 🙏
36w

View more comments 10 of 60